QUESTECH FINANCIAL, LLC *v.* BENNI'S, LLC

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 749 (AC 28334), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Stuart B. Ratner*, in support of the petition.

*Ronald S. Beacher*, *Michael H. Levison* and *Daniel J. Foster*, in opposition.

Decided June 3, 2008

STATE OF CONNECTICUT *v.* STEPHEN O.

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 717 (AC 27896), is denied.

SCHALLER, J., did not participate in the consideration of or decision on this petition.

*James B. Streeto*, assistant public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided June 3, 2008